WILLINGTON EDUCATION ASSOCIATION *v.* BOARD OF EDUCATION OF THE TOWN OF WILLINGTON

The plaintiff's petition for certification for appeal from the Appellate Court, 45 Conn. App. 769 (AC 16140), is denied.

*William J. Dolan,* in support of the petition.

*Donald W. Strickland* and *Richard F. Vitarelli,* in opposition.

Decided September 24, 1997

EMIGRANT SAVINGS BANK *v.* JAMES W. ERICKSON ET AL.

*James M. Nugent,* in support of the petition.

*Steward I. Edelstein, Jennifer L. Chobor* and *Daniel S. Nagel,* in opposition.

The defendants' petition for certification for appeal from the Appellate Court, 46 Conn. App. 54 (AC 16170), is denied.